# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

in the:

. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

POSTURAL RESTORATION INSTITUTE, LLC

In re / V.

JAMES ANDERSON PHYSICAL THERAPY CONSULTING, LLC, ET AL

SERVICE OTHER THAN BY VIRGINIA SHERIFF

STATE/COMMONWEALTH OF:
NE

CASE NO:

**4:22-cv-3135**

C/O DUNCAN G. BYERS, PARTNER
PATTEN, WORMON, HATTEN & DIAMONDSTEIN, LLC; MICHAEL CANTRELL
12350 JEFFERSON AVE, STE 300, NEWPORT NEWS, VA 23602

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: **SUMMONS IN A CIVIL ACTION**
**COMPLAINT**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: **7/27/2022 @ 12:15 PM**

METHOD OF SERVICE:

**PERSONAL SERVICE**

Prior Attempts:
7/26 9:00A- HE IS NOT TODAY AND NO ONE ELSE CAN AC

Dated: 7/28/2022
Name: EDWARD HOLLIS
Signature

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON
Subscribed and sworn to/affirmed before me this day by
EDWARD HOLLIS
who is personally known to me.
Date: 7/28/2022
My commission expires: 1/31/2023

Signature of Notary Public: JEKECIA K. JEFFERSON, REG #7127290

JEKECIA K. JEFFERSON, REG #7127290
Notary Public
Commonwealth of Virginia
My Commission Expires: 1/31/2023

HESTER SERVICES, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DANIKA DAVIS

495236 - 2