IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

POSTURAL RESTORATION
INSTITUTE, LLC

        Plaintiff/Counterclaim Defendant,

v.

JAMES ANDERSON PHYSICAL
THERAPY CONSULTATION, LLC D/B/A
APPLIED INTEGRATION CONSULTING,

JAMES ANDERSON, an individual, and

MICHAEL CANTRELL, an individual,

        Defendants/Counterclaim Plaintiffs/
        Third-Party Plaintiff

v.

RONALD HRUSKA,
        an individual,
        Third-Party Defendant.

Case No. 4:22-CV-3135

**NOTICE OF APPEARANCE**

     The undersigned attorney hereby provides notice to the Court and all counsel of record that A. Victor Rawl, Jr. will be appearing as counsel for Third-Party Defendant Ronald Hruska and Counterclaim Defendant Postural Restoration Institute, LLC, in the above-captioned matter.

     The undersigned attorney further requests that all counsel of record , and the Clerk of Court please add the undersigned attorney to their respective service list and provide copies of all future pleadings, correspondence, discovery, and other relevant matters to the undersigned attorney at the address set forth herein.

1

Dated: November 7, 2022                    GORDON & REES LLP

                               By     *s/A. Victor Rawl, Jr.*
                                      A. Victor Rawl, Jr. (24352)
                                      E-mail: vrawl@grsm.com
                                      301 S 13th St., Suite 400
                                      Lincoln, NE  68508
                                      Telephone: (843) 714-2501
                                      *Attorney for Third-Party Defendant*
                                      *& Counterclaim Defendant*

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified on the 7th day of November, 2022, the above and foregoing

document was served via email to all counsel of record as properly addressed below:

Duncan G Byers
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602
dbyers@pwhd.com

Trent Tanner
Mary Ann Novak
HILGERS GRABEN PLLC
1320 Lincoln Mall, Suite 200
Lincoln, NE 68508
ttanner@hilgersgraben.com
mnovak@hilgersgraben.com

*s/A. Victor Rawl, Jr.*